CITY OF COLUMBUS, APPELLEE, *v.* WILLIAMS, APPELLANT.

(No. 73-149—Decided October 10, 1973.)

*Mr. James J. Hughes, Jr.,* city attorney, *Mr. Daniel W. Johnson* and *Mr. Walter Boyuk,* for appellee.

*Mr. R. Raymond Twohig, Jr.,* and *Ms. Mary Ellen Wynn,* for appellant.

*Per Curiam.* The judgment of the Court of Appeals must be reversed on authority of *Cohen* v. *California* (1971), 403 U. S. 15, and the defendant is ordered discharged.

*Judgment reversed.*

O'NEILL, C. J., HERBERT, CORRIGAN, STERN, CELEBREZZE, W. BROWN and P. BROWN, JJ., concur,